## PENJASKA ET AL. *v.* GOODBODY & CO.

No. 270. Decided October 14, 1968.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## BATES ET AL. *v.* NELSON, WARDEN.

No. 86, Misc. Decided October 14, 1968.

*Richard Gladstein, Norman Leonard,* and *Ruth Jacobs* for petitioners.

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Charles R. B. Kirk,* Deputy Attorney General, for respondent.

PER CURIAM.

The motions to supplement the petition for a writ of certiorari and for leave to proceed *in forma pauperis* are granted. The petition for a writ of certiorari is also granted. The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Burgett* v. *Texas,* 389 U. S. 109; *Bruton* v. *United States,* 391 U. S. 123; and *Roberts* v. *Russell,* 392 U. S. 293.